**Gerald HARDIN, Appellant,**

v.

**Carl G. HOCKER, Warden, Nevada State Prison, Appellee.**

**No. 22905.**

United States Court of Appeals
Ninth Circuit.

March 7, 1969.

Gerald Hardin, for appellant.

Harvey Dickerson, Atty. Gen., C. B. Tapscott, Chief Asst. Atty. Gen., Reno, Nev., for appellee.

Before BROWNING, DUNIWAY, and CARTER, Circuit Judges.

PER CURIAM:

The judgment denying the petition for writ of habeas corpus is affirmed for the reasons stated in Judge Bruce R. Thompson's memorandum order of April 19, 1968, 298 F.Supp. 606.

**Ruben BENN, Appellant,**

v.

**Frank A. EYMAN, Superintendent, Arizona State Penitentiary, Appellee.**

**No. 22896.**

United States Court of Appeals
Ninth Circuit.

March 7, 1969.

Ruben Benn, for appellant.

Darrell F. Smith, Atty. Gen., Phoenix, Ariz., for appellee.

Before BROWNING, CARTER, and HUFSTEDLER, Circuit Judges.

PER CURIAM:

The judgment denying appellant's petition for habeas corpus is affirmed for the reasons stated in Judge Craig's opinion and order of February 29, 1968, 298 F.Supp. 546.

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**William THOMAS et al., Defendant-Appellant.**

**No. 18929.**

United States Court of Appeals
Sixth Circuit.

Feb. 18, 1969.

James R. Willis, Mosley, Willis, Childs & Chandler, Cleveland, Ohio, for appellant.

Bernard J. Stuplinski, U. S. Atty., Cleveland, Ohio, for appellee.

Before EDWARDS, McCREE, and COMBS, Circuit Judges.

ORDER DISMISSING APPEAL.

A panel of this court having been duly appointed pursuant to Rule 3(e) of the Rules of the Sixth Circuit; and appellant's brief having been received and considered; and it appearing to the panel that the appeal from the dismissal of the indictment is frivolous and entirely without merit; upon consideration, it is ordered that the appeal be and it hereby is dismissed pursuant to Rule 9 of the Rules of the Sixth Circuit.